IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Kent, James A | Case Number:  05 B 34878 |
| Kent, Linda D | Judge:  Wedoff, Eugene R |
| Printed: 03/10/09 | Filed:  8/31/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  March 5, 2009
Confirmed:  October 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 36,900.00 | |
| Secured: | | 399.41 |
| Unsecured: | | 34,429.58 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 2,071.01 |
| Other Funds: | | 0.00 |
| Totals: | 36,900.00 | 36,900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 399.41 | 399.41 |
| 3. | ECast Settlement Corp | Unsecured | 3,616.94 | 4,564.17 |
| 4. | Specialized Management Consultants | Unsecured | 324.61 | 409.59 |
| 5. | Capital One | Unsecured | 1,879.67 | 2,371.89 |
| 6. | Kohl's/Kohl's Dept Stores | Unsecured | 393.26 | 496.26 |
| 7. | Specialized Management Consultants | Unsecured | 189.67 | 239.32 |
| 8. | ECast Settlement Corp | Unsecured | 1,468.16 | 1,852.66 |
| 9. | ECast Settlement Corp | Unsecured | 1,956.01 | 2,468.20 |
| 10. | ECast Settlement Corp | Unsecured | 1,753.74 | 2,212.99 |
| 11. | Resurgent Capital Services | Unsecured | 2,532.43 | 3,195.64 |
| 12. | Resurgent Capital Services | Unsecured | 5,431.29 | 6,853.62 |
| 13. | ECast Settlement Corp | Unsecured | 204.12 | 257.59 |
| 14. | Resurgent Capital Services | Unsecured | 618.68 | 780.75 |
| 15. | Portfolio Recovery Associates | Unsecured | 1,109.30 | 1,399.78 |
| 16. | Resurgent Capital Services | Unsecured | 5,806.59 | 7,327.12 |
| 17. | Bank Of America | Unsecured | | No Claim Filed |
| 18. | Discover Financial Services | Unsecured | | No Claim Filed |
| 19. | Home Depot | Unsecured | | No Claim Filed |
| | | | $ 27,683.88 | $ 34,828.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Kent, James A

Kent, Linda D

Printed: 03/10/09

Case Number:  05 B 34878

Judge:  Wedoff, Eugene R

Filed:  8/31/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 5.5% | 442.76 |
| 5% | 136.21 |
| 4.8% | 259.18 |
| 5.4% | 583.90 |
| 6.5% | 351.06 |
| 6.6% | 297.90 |
| | $ 2,071.01 |

Based on the above information, the trustee requests that the court enter an order discharging
the trustee, releasing the trustee's surety from liability for actions relating to the above
proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

